IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00875-WDM-BNB

EWA ALEKSIEJUK-BIERYLO, and
ALL STAFF MEDICAL RESOURCES, INC.,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
DEPARTMENT OF HOMELAND SECURITY,
GREGORY W. CHRISTIAN, and
PAUL M. PIERRE,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Scheduling Conference and Extend Defendants' Time to Respond to the Complaint** [docket no. 15, filed August 24, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Scheduling Conference set for September 27, 2007 is VACATED, to be reset at a later date. All related deadlines are also vacated at this time as well.

IS IT FURTHER ORDERED that the defendants have to and including **November 26, 2007**, in which to answer or respond to the plaintiffs' Complaint.

DATED: August 28, 2007